THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF
 
 
 SOUTH CAROLINA
In the Court of
 Appeals

 
 
 
 The State, Respondent,
 v.
 Richard Michael Kordelski, Appellant.
 
 
 

Appeal From
 
 
 York
 
 County
John C. Hayes, III, Circuit Court Judge
Unpublished
 Opinion No. 2007-UP-447
Submitted
 October 1, 2007  Filed October 9, 2007
APPEAL
 DISMISSED

 
 
 
 Assistant Appellate
 Defender Robert M. Dudek,
 South
 Carolina Commission on Indigent Defense, of
 
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, Office of the Attorney
 General, of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Richard
 Michael Kordelski appeals the award of $2,874.00 in
 restitution to the victims for the car destroyed in connection with his
 conviction for use of a vehicle without permission.  He asserts the circuit court abused its
 discretion in awarding this amount to the victims, because it would result in a
 windfall.  After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] Kordelskis appeal and grant counsels motion to be
 relieved. 
APPEAL
 DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without
 oral argument pursuant to Rule 215, SCACR.